ERIC GRANT
United States Attorney
JOSHUA B. BANISTER
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**
**Oct 15, 2026**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

RAMANJOT RANDHAWA A/K/A ROMI RANDHAWA,
AMEET RANDHAWA,

Defendants.

CASE NO. 1:26-cr-00179-JLT-SAB

MOTION AND ORDER TO SEAL INDICTMENT

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on October 15, 2026 charging the above defendants with violations of 18 U.S.C. § 1349 – Conspiracy to Commit Wire Fraud (One Count); 18 U.S.C. § 1343 – Wire Fraud (Five Counts); 18 U.S.C. § 1956(h) – Conspiracy to Commit Money Laundering (One Count); 18 U.S.C. § 1957 – Money Laundering (One Count); 18 U.S.C. § 1956(a)(1)(B)(1) – Laundering of Monetary Instruments (Three Counts); 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), and 28 U.S.C. § 2461(c) - Criminal Forfeiture, be kept secret until the defendants named in this Indictment are either in custody or have been given bail on these offenses; and further order that until such time as the defendants are in custody or have been given bail, that

no person shall disclose the finding of the Indictment or any warrants issued pursuant thereto, except when necessary for the issuance and execution of the warrants.

Dated: October 15, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By /s/ *Joshua B. Banister*
JOSHUA B. BANISTER
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: October 15, 2026

FRANK J. SINGER
U.S. Magistrate Judge