IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RAMANJOT RANDHAWA A/K/A ROMI RANDHAWA (1),<br>AMEET RANDHAWA (2),<br>Defendant. | CASE NO. 1:26-CR-00179-JLT-SAB<br>ORDER UNSEALING COMPLAINT |

Based on the defendant's arrest and appearance in court, the Court finds that there is no longer a need to keep the Complaint under seal. IT IS HEREBY ORDERED that the Complaint in this case pertaining to defendants RAMANJOT RANDHAWA A/K/A ROMI RANDHAWA and AMEET RANDHAWA be UNSEALED.

Dated: November 12, 2026

The Honorable Frank J. Singer
UNITED STATES MAGISRATE JUDGE